IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARIBE TECNO, CRL,**<br><br>Plaintiff,<br><br>v.<br><br>**NADLER MOBILE,**<br><br>Defendant. | CIVIL NO. 23-1327 (BJM) |

### FINAL JUDGMENT

The case is dismissed with prejudice and without imposition of costs or fees to any party.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of July, 2024.

                                          *s/Bruce J. McGiverin*
                                          BRUCE J. McGIVERIN
                                          United States Magistrate Judge